IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA as Broadcast Licensee of the June 8, 2021 Chile v. Bolivia Soccer Match, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:22-cv-01306-RP |
| 1) GALINDO & LONDONO LLC, individually, and d/b/a PLAZA COLOMBIAN COFFEE; 2) LUIS GALINDO, individually, and d/b/a PLAZA COLOMBIAN COFFEE, | § § § § § § | |
| Defendants. | § § | |

## NOTICE OF SETTLEMENT

Plaintiff Innovative Sports Management, Inc. d/b/a Integrated Sports Media announces to the Court that the matters in controversy in this case have been settled and compromised between Plaintiff and Defendants (1) Galindo & Londono LLC, individually, and d/b/a Plaza Colombian Coffee; and (2) Luis Galindo, individually, and d/b/a Plaza Colombian Coffee. The parties just recently reached their agreement resolving their claims. The parties are now in the process of drafting, exchanging, and finalizing the settlement and dismissal documents. Therefore, Plaintiff requests the following:

1.   That the Court terminate or stay all court proceedings and deadlines in this case.

2.      That the Court give the parties twenty-one (21) days from the date of the filing of this document as additional time to allow the parties to finalize the settlement documents and submit the appropriate dismissal documents to the Court.

Respectfully submitted,

By: /s/ David M. Diaz
    David M. Diaz
    State Bar No. 24012528
    ddiaz@jonesdavis.com

JONES, DAVIS & JACKSON, PC
15110 Dallas Parkway, Suite 300
Dallas, Texas 75248
Telephone: (972) 733-3117
Fax: (972) 733-3119

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2024, I served this document via the court's electronic court filing system (ECF) to the following:

David E. Dunham
DUNHAM LLP
919 Congress Avenue, Suite 910
Austin, Texas 78701

ATTORNEY FOR DEFENDANTS

By: /s/ David M. Diaz
    David M. Diaz